**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| First Premier Capital, LLC, | Civil No. 09-CV-161 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Wildwood Industries, Inc., Gary K. Wilder and Toni J. Wilder, | |
| Defendants. | |

---

Benjamin J. Court and John Harper, III, Messerli & Kramer P.A., 1400 Fifth Street Towers, 100 South Fifth Street, Minneapolis, MN 55402-1217 (for plaintiff).

Daniel R. Kelly, Felhaber Larson Fenlon & Vogt, PA, 220 S 6th Street, Suite 2200, Minneapolis, MN 55402-4504 and David G. Lubben, Davis & Campbell LLC, 401 Main Street, Suite 1600, Peoria, IL 61602 (for defendants).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 1, 2012 (Docket No.34), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Plaintiff's letter request (Docket No.33) is **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  06/08/12

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
United States District Court Judge
for the District of Minnesota